In the Matter of the Petition of WALTER J. EATON, as Assignee, etc., of JAMES MOIR, for Instruction of the Court in Regard to Payments to Preferred Creditors.

(Argued April 13, 1891; decided April 28, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 4, 1891, which affirmed an order of Special Term construing the assignment of said James Moir and giving instruction to the assignee.

*George L. Stedman* for appellant.

*Matthew Hale* and *Marcus T. Hun* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

DANIEL W. TALLMADGE et al., Appellants, *v.* PHINEAS C. LOUNSBURY, as Treasurer, etc., of the REPUBLICAN LEAGUE OF THE U. S., Respondent.

(Argued April 13, 1891; decided April 28, 1891.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made March 2, 1891, which affirmed an order of Special Term denying a motion by plaintiffs to vacate judgment.

*Alexander S. Bacon* for appellants.

*James A. Blanchard* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.